ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Thomas W. Kovacich, SBN 94046
Christopher S. Milligan, SBN 211532
17871 Park Plaza Drive, Suite 200
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for Defendant STEVEN J. WEAVER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>S. J. WEAVER CONTRACTING, INC., a California corporation; and STEVEN J. WEAVER, an Individual,<br><br>Defendant. | **CASE NO. C-04-4723 SI**<br>Assigned to Hon. Susan Illston for all purposes.<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR FILING REVISED DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND RULE 11 SANCTIONS; [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: 11/04/04<br>Judgment Entered: 08/09/06 |

Pursuant to Local Rules 7-1 and 7-2 of the United States District Court for the Northern District of California, IT IS HEREBY STIPULATED by and between Plaintiffs EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR

1  NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING
2  TRUST FUND FOR NORTHERN CALIFORNIA ("Plaintiffs") through the law offices of
3  Stanton, Kay & Watson, by James P. Watson, their attorney of record, and Defendant STEVEN
4  J. WEAVER ("Defendants") through the law offices of Atkinson, Andelson, Loya, Ruud &
5  Romo, by Thomas W. Kovacich, his attorney of record, to the following:

6  1. WHEREAS, the Court entered judgment for Weaver on August 9, 2006;

7  2. WHEREAS, Weaver filed his Motion for Attorneys' Fees and Rule 11 Sanctions
8  (the "Motion") in this matter on August 23, 2006;

9  3. WHEREAS, Plaintiffs filed their Notice of Appeal (the "Appeal") of this matter
10 on September 7, 2006;

11 4. WHEREAS, on October 3, 2006, the Court issued its order granting Weaver's
12 Motion in part and denying it in other part and also vacating the hearing scheduled for October 6,
13 2006;

14 5. WHEREAS, the Court's October 3, 2006 order required that Weaver's counsel
15 submit a supplemental declaration of counsel to conform to said order's requirements on or
16 before October 13, 2006;

17 6. WHEREAS, the parties have tentatively agreed to settle their respective disputes
18 and to entered into full and complete mutual releases, to dismiss this action in its entirety with
19 prejudice, including Weaver's Motion for Attorneys' Fees and Plaintiffs' Appeal;

20 7. WHEREAS, Weaver's counsel prepared and transmitted draft settlement
21 documents to Plaintiffs' counsel on October 18, 2006, but have not yet received the executed
22 settlement agreement or requests for dismissal from Plaintiffs.

23 8. WHEREAS, a further continuance of approximately thirty (30) days for Weaver's
24 counsel to submit the supplemental declaration of counsel is warranted in order to allow the
25 parties to finalize the settlement documents and file appropriate dismissals, thereby conserving
26 time and expenses for the Court and parties.

27 **NOW, THEREFORE** the parties hereby agree as follows:

28 The deadline for the filing of the supplemental declaration of Weaver's counsel in

-2-
010192.00010/675128v1 STIPULATION TO CONTINUE AND [PROPOSED] ORDER THEREON  **C-04-4723 SI**

support of Weaver's motion for attorneys' fees, currently due on or before November 13, 2006, should be continued to December 13, 2006.

DATED: November 9, 2006

                STANTON, KAY & WATSON

By: /S/
    James P. Watson
    Attorneys for Plaintiffs

DATED: November 9, 2006

                ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: /S/
    Thomas W. Kovacich
    Attorneys for Defendant STEVEN J. WEAVER

## [PROPOSED] ORDER

Having read the above set forth Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

The deadline for the filing of the supplemental declaration of Weaver's counsel in support of Weaver's Motion for Attorneys' Fees, currently due on or before November 13, 2006, shall be continued to December 13, 2006.

**IT IS SO ORDERED.**

DATED: _____

                */s/ Susan Illston*
                HON. SUSAN ILSTON
                UNITED STATES DISTRICT JUDGE