ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE, SUITE 200
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Thomas W. Kovacich, SBN 94046
Christopher S. Milligan, SBN 211532
17871 Park Plaza Drive, Suite 200
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO as CHAIRMAN and KARL BIK as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>S. J. WEAVER CONTRACTING, INC., a California corporation; and STEVEN J. WEAVER, an Individual,<br><br>Defendant. | **CASE NO. C-04-4723 SI**<br>Assigned to Hon. Susan Illston for all purposes.<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON** |

/ / /

/ / /

/ / /

-1-
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE    **C-04-4723 SI**

010192.00010/676890v1

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action, entitled <u>EDWARD BERGO, etc., *et al.* v.</u>
3   <u>S.J. WEAVER CONTRACTING, INC., *et al.*</u>, USDC N.D. Cal. Case Number C-04-4723 SI, be
4   and hereby is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil
5   Procedure, Rule 41(a)(2).

6   DATED: October 31, 2006

7                                   STANTON, KAY & WATSON, LLP

9           By:  /s/
10               James P. Watson
                 Attorneys for Plaintiffs

11  DATED: November 13, 2006

12                                  ATKINSON, ANDELSON, LOYA, RUUD & ROMO

14          By:  /s/
                 Thomas W. Kovacich
15               Attorneys for Defendants

16                              **[PROPOSED] ORDER**

17  IT IS SO ORDERED that the action entitled <u>EDWARD BERGO, etc., *et al.* v. S.J.</u>
18  <u>WEAVER CONTRACTING, INC., *et al.*</u>, USDC N.D. Cal. Case Number C-04-4723 SI is
19  dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2).

20  **IT IS SO ORDERED.**

21  DATED: _____

22                                  _____
                                    HON. SUSAN ILSTON
23                                  UNITED STATES DISTRICT JUDGE

---

-2-
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE        **C-04-4723 SI**

010192.00010/676890v1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE, SUITE 200
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333